# Paycheck Review

03/01/2019 | Direct Deposit #8005829          **THE UNIVERSITY OF IOWA**

| | | |
|---|---|---|
| The University of Iowa<br>120 USB<br>Iowa City, IA 52242 | PORTERFIELD, HARRY S<br>Cmed-Pathology<br>MOLECULAR PATHOLOGY<br>6004B<br>BT | Employee ID #: 1228444<br>Job Title: Fellow Physician 7 Accredited<br>Pay Group: 1 - Fiscal<br>Pay Begin Date: 02/01/2019<br>Pay End Date: 02/28/2019 |

## EARNINGS

| Description | Earnings |
|---|---|
| Salary-Budgeted | $5,750.00 |
| **Total** | **$5,750.00** |

## TAX ALLOWANCES

| | Federal | IA State |
|---|---|---|
| W-4 Withholding Status: | Married | Married |
| Allowances: | 3 | 3 |
| Additional Amount: | $0.00 | $0.00 |

## TAXES WITHHELD

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | $371.19 | $1,083.85 |
| Fed Medicare | $78.25 | $234.73 |
| Fed Social Sec | $334.56 | $1,003.66 |
| IA Withholdng | $259.00 | $819.00 |
| **Total:** | **$1,043.00** | **$3,141.24** |

## BEFORE-TAX DEDUCTIONS

| Description | Current |
|---|---|
| Health Plans Bef Tax | $317.00 |
| Dental Before Tax | $27.00 |
| Suppl Life Bef Tax | $9.66 |
| Accidental Death Bef Tax | $30.00 |
| **Total** | **$383.66** |

## AFTER-TAX DEDUCTIONS

| Description | Current |
|---|---|
| Spouse & Dependent Life | $8.60 |
| **Total** | **$8.60** |

## MISC. // EMPLOYER CONTRIBUTION

| Description | Current |
|---|---|
| Health Plans Bef Tax | $1,269.00 |
| Dental Before Tax | $106.00 |
| Group Life Before Tax | $33.95 |
| Group Life Before Tax / Imputed Income | $7.92 |
| Suppl Life Bef Tax / Imputed Income | $21.74 |
| Ltd Before Tax | $24.01 |
| **Total** | **$1,462.62** |

## GROSS TAXABLE INCOME

| Description | Current | YTD |
|---|---|---|
| Federal Taxable Gross | $5,396.00 | $17,996.40 |
| State Taxable Gross | $5,396.00 | $17,996.40 |
| Social Security Gross | $5,396.00 | $16,188.00 |
| Medicare Gross | $5,396.00 | $16,188.00 |

## TOTAL NET PAY

| | |
|---|---|
| Direct Deposit # 8005829 | $4,314.74 |

## NET PAY DISTRIBUTION

| Account Type | Bank Routing # | Acct # (last 4) | Amount |
|---|---|---|---|
| Checking | 073913755 | 4704 | $4,314.74 |

# Paycheck Review

02/14/2019 | Direct Deposit #7993816        **THE UNIVERSITY OF IOWA**

| | | |
|---|---|---|
| The University of Iowa | PORTERFIELD, HARRY S | Employee ID #: 1228444 |
| 120 USB | Cmed-Pathology | Job Title: Fellow Physician 7 Accredited |
| Iowa City, IA 52242 | MOLECULAR PATHOLOGY | Pay Group: 1 - Fiscal |
| | 6004B | Pay Begin Date: 02/01/2019 |
| | BT | Pay End Date: 02/27/2019 |

## EARNINGS

| Description | Earnings |
|---|---|
| Total | $0.00 |

## TAX ALLOWANCES

| | Federal | IA State |
|---|---|---|
| W-4 Withholding Status: | Married | Married |
| Allowances: | 3 | 3 |
| Additional Amount: | $0.00 | $0.00 |

## TAXES WITHHELD

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | $13.68 | $712.66 |
| IA Withholdng | $65.00 | $560.00 |
| Fed Social Sec | $0.00 | $669.10 |
| Fed Medicare | $0.00 | $156.48 |
| Total: | $78.68 | $2,098.24 |

## BEFORE-TAX DEDUCTIONS

| Description | Current |
|---|---|
| IPERS State Retirement Plan | $-2,170.08 |
| Total | $-2,170.08 |

## AFTER-TAX DEDUCTIONS

| Description | Current |
|---|---|
| Total | $0.00 |

## MISC. // EMPLOYER CONTRIBUTION

| Description | Current |
|---|---|
| IPERS State Retirement Plan | $-3,256.80 |
| Total | $-3,256.80 |

## GROSS TAXABLE INCOME

| Description | Current | YTD |
|---|---|---|
| Federal Taxable Gross | $2,170.08 | $12,600.40 |
| State Taxable Gross | $2,170.08 | $12,600.40 |
| Social Security Gross | $0.00 | $10,792.00 |
| Medicare Gross | $0.00 | $10,792.00 |

## TOTAL NET PAY

| | |
|---|---|
| Direct Deposit # 7993816 | $2,091.40 |

## NET PAY DISTRIBUTION

| Account Type | Bank Routing # | Acct # (last 4) | Amount |
|---|---|---|---|
| Checking | 073913755 | 4704 | $2,091.40 |

# Paycheck Review

02/01/2019 | Direct Deposit #7970614    **THE UNIVERSITY OF IOWA**

| | |
|---|---|
| The University of Iowa | PORTERFIELD,HARRY S |
| 120 USB | Cmed-Pathology |
| Iowa City, IA 52242 | MOLECULAR PATHOLOGY |
| | 6004B |
| | BT |

| | |
|---|---|
| Employee ID #: | 1228444 |
| Job Title: | Fellow Physician 7 Accredited |
| Pay Group: | 1 - Fiscal |
| Pay Begin Date: | 01/01/2019 |
| Pay End Date: | 01/31/2019 |

## EARNINGS

| Description | Earnings |
|---|---|
| Salary-Budgeted | $5,750.00 |
| Salary-Budgeted | $-34,500.00 |
| Salary-Budgeted | $34,500.00 |
| Total | $5,750.00 |

## TAX ALLOWANCES

| | Federal | IA State |
|---|---|---|
| W-4 Withholding Status: | Married | Married |
| Allowances: | 3 | 3 |
| Additional Amount: | $0.00 | $0.00 |

## TAXES WITHHELD

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | $371.19 | $698.98 |
| Fed Medicare | $78.24 | $156.48 |
| Fed Social Sec | $334.55 | $669.10 |
| IA Withholdng | $259.00 | $495.00 |
| Total: | $1,042.98 | $2,019.56 |

## BEFORE-TAX DEDUCTIONS

| Description | Current |
|---|---|
| Health Plans Bef Tax | $317.00 |
| Dental Before Tax | $27.00 |
| Suppl Life Bef Tax | $9.66 |
| Accidental Death Bef Tax | $30.00 |
| Total | $383.66 |

## AFTER-TAX DEDUCTIONS

| Description | Current |
|---|---|
| Spouse & Dependent Life | $8.60 |
| Total | $8.60 |

## MISC. // EMPLOYER CONTRIBUTION

| Description | Current |
|---|---|
| Health Plans Bef Tax | $1,269.00 |
| Dental Before Tax | $106.00 |
| Group Life Before Tax | $33.95 |
| Group Life Before Tax / Imputed Income | $7.92 |
| Suppl Life Bef Tax / Imputed Income | $21.74 |
| Ltd Before Tax | $24.01 |
| Total | $1,462.62 |

## GROSS TAXABLE INCOME

| Description | Current | YTD |
|---|---|---|
| Federal Taxable Gross | $5,396.00 | $10,430.32 |
| State Taxable Gross | $5,396.00 | $10,430.32 |
| Social Security Gross | $5,396.00 | $10,792.00 |
| Medicare Gross | $5,396.00 | $10,792.00 |

## TOTAL NET PAY

| | |
|---|---|
| Direct Deposit # 7970614 | $4,314.76 |

## NET PAY DISTRIBUTION

| Account Type | Bank Routing # | Acct # (last 4) | Amount |
|---|---|---|---|
| Checking | 073913755 | 4704 | $4,314.76 |