FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

APR 08 2019

By: _____ Clerk of Court
      _____ Deputy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| HARRY S. PORTERFIELD | * | CASE NO. 19-00197 |
| | * | |
| DEBTOR | * | CHAPTER 7 |
| * * * * * | | |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

PLEASE TAKE NOTICE of the appearance of **CAMPUS FEDERAL CREDIT UNION** through undersigned counsel, who requests notice of all matters "noticed" and copies of all pleadings in this proceeding pursuant to the provisions of Rules 2002, 3017(a) and 9010(b) of the Bankruptcy Rules.

Notices should be mailed to:

**CAMPUS FEDERAL CREDIT UNION**
c/o Stacy G. Butler
**KIZER, HOOD & MORGAN, L.L.P.**
2111 Quail Run Drive
Baton Rouge, Louisiana 70808
Telephone: (225) 761-0001
FAX: (225) 761-0731

DATED: April 5, 2019

By Attorneys,

**KIZER, HOOD & MORGAN, L.L.P.**
2111 Quail Run Drive
Baton Rouge, Louisiana 70808
Telephone (225) 761-0001
By: */s/ Stacy G. Butler*
Stacy G. Butler, Bar Roll No. 18236

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

CEDAR RAPIDS DIVISION

IN RE:

HARRY S. PORTERFIELD

DEBTOR

CASE NO. 19-00197

CHAPTER 7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appearance and Request for All Notices was placed in the United States Mail, postage prepaid, to the Debtor, **Harry S. Porterfield**, 328 N. Dodge Street, Iowa City, IA 52245; and via electronic mail to the following:

Steven G. Klesner on behalf of Debtor
steve@iclawfirm.com

Renee K. Hanrahan, Chapter 7 Trustee

Office of the U.S. Trustee
ustp.region05@usdoj.gov

, on this 5 April, 2019.

KIZER, HOOD & MORGAN, L.L.P.

By:   /s/ Stacy G. Butler
Stacy G. Butler, LABRN 18236
2111 Quail Run Drive
Baton Rouge, Louisiana 70808
Telephone: (225) 761-0001
Telecopier: (225) 761-0731
*Attorneys for Campus Federal Credit Union*