Certificate Number: 06531-IAN-DE-032742850

Bankruptcy Case Number: 19-00197



06531-IAN-DE-032742850

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 29, 2019</u>, at <u>7:34</u> o'clock <u>PM CDT</u>, <u>Harry S Porterfield</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Iowa</u>.

Date:  <u>April 29, 2019</u>         By:    <u>/s/Stephanie Kjetland</u>

                                   Name:  <u>Stephanie Kjetland</u>

                                   Title: <u>Credit Counselor</u>