UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Harry S. Porterfield, ) | Chapter 7 |
| ) | |
| ) | Bankruptcy No. 18-01530 |
| Debtor. ) | |

DEBTOR'S MOTION TO REOPEN CASE

Debtor Harry S. Porterfield, by counsel, requests that the above-captioned case be reopened pursuant to 11 U.S.C. § 350(b) and in support thereof states as follows:

1. The Debtor filed for bankruptcy relief pursuant to chapter 7 of the Bankruptcy Code on March 1, 2019, and received a discharge pursuant to 11 U.S.C. § 727 on June 12, 2019. The Final Decree was also entered June 12, 2019.

2. Debtor's Schedule F listed certain student loan debt.

3. Debtor intends to file a Complaint to Determine Discharge of Debt with respect to his student loan debt.

4. To provide the Debtor the full relief of the Bankruptcy Code, it is necessary to reopen the Debtor's case.

WHEREFORE, the Debtor requests that this case be reopened to allow the Debtor to pursue a Complaint to Determine Discharge of Debt with regard to his student loan obligations.

| | |
|---|---|
| Dated: June 12, 2019 | /s/ Steven G. Klesner<br>Steven G. Klesner   000013024<br>Johnston, Stannard, Klesner, Burbidge&<br>Fitzgerald, P.L.C.<br>373 Scott Court, Ste B, PO Box 3400<br>Iowa City, IA 52244<br>(319)338-9852<br>fax (319)354-7265<br>steve@iclawfirm.com<br>ATTORNEYS FOR DEBTOR |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served on the parties herein by electronic noticing from the Bankruptcy Court this 12th day of June, 2019.

/s/ Steven G. Klesner
Steven G. Klesner   000013024

Office of the United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA  52401-2101

Campus Federal Credit Union
c/o Kizer, Hood & Morgan, LLP
2111 Quail Run Drive
Baton Rouge, LA 70808

Mohela/Laurel Road Bank
100 Post Road
Darien, CT 06820

Laurel Road Finance, Inc.
c/o Corporation Service Company
505 5th Ave, Ste 729
Des Moines, IA 50309

Parties requesting notice