# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Harry S. Porterfield | 19–00197 |
| Debtor(s) | |

## ORDER REOPENING CASE

A Motion to Reopen having been filed on June 12, 2019 and the fee being exempt;

IT IS THEREFORE ORDERED this Chapter 7 case is reopened.

ORDERED June 13, 2019

Thad J. Collins
Bankruptcy Judge