United States Bankruptcy Court
Northern District of Iowa

In re:  
Harry S. Porterfield  
    Debtor

Case No. 19-00197-TJC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 1     Date Rcvd: Jun 13, 2019  
                           Form ID: oreopcs     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.  
db         +Harry S. Porterfield,   328 N. Dodge St,   Iowa City, IA 52245-2815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty        +E-mail/Text: sbutler@khmllp.com Jun 13 2019 22:09:44     Stacy G. Butler,  
        2111 Quail Run Drive,   Baton Rouge, LA 70808-4127  
                                                                                                                                           TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:  
             Renee K. Hanrahan    rhanrahan@southslope.net,   rhanrahan@ecf.axosfs.com  
             Steven G. Klesner    on behalf of Debtor Harry S. Porterfield steve@iclawfirm.com,  
              dawn@iclawfirm.com;r50777@notify.bestcase.com  
             United States Trustee    USTPRegion12.CR.ECF@usdoj.gov  
                                                                                                                                                  TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Harry S. Porterfield | 19–00197 |
| Debtor(s) | |

## ORDER REOPENING CASE

A Motion to Reopen having been filed on June 12, 2019 and the fee being exempt;

IT IS THEREFORE ORDERED this Chapter 7 case is reopened.

ORDERED June 13, 2019

Thad J. Collins
Bankruptcy Judge